**Order filed September 25, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00722-CR**
_____

**LEE CARL BANKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1210223**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's hearing exhibits one and two, DVD recordings.**

The clerk of the 209th District Court is directed to deliver to the Clerk of this court the original of State's hearing exhibits one and two, DVD recordings, on or before **October 25, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's hearing exhibits one and two, DVD recordings, to the clerk of the 209th District Court.

PER CURIAM